**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2287**

In re:  RHINELANDER HERNANDEZ,

Petitioner.

On Petition for Writ of Mandamus.  (5:15-cr-00033-1; 5:17-cv-03000)

Submitted:  February 26, 2019                          Decided:  March 5, 2019

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Rhinelander Hernandez, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhinelander Hernandez petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, by opinion and order entered on February 6, 2019, and judgment entered on February 7, 2019, the district court denied relief on Hernandez's § 2255 motion. Accordingly, because the district court has recently decided Hernandez's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*